LOUIS GISNET, Appellant, *v.* JOHN MOECKEL and Others, Respondents.

*Fraud — sale of goods in bulk — retention of possession — rights of creditors.*

Appeal from a judgment of the Supreme Court in favor of the defendants entered upon the decision of the court after a trial without a jury.

SCOTT, J.: By this action the plaintiff, as assignee of a judgment creditor of John Moeckel and Harry Kersting, formerly copartners in business, seeks to set aside a transfer by said copartners of the goods, lease and business conducted by said copartners to the defendant Marcus Bower. By the complaint it would appear that the transfer was claimed to be void under the Bulk Sale Act (Pers. Prop. Law, § 44),* and so it clearly was. It was also void, according to the evidence, under section 36 of the Personal Property Law† in that it was not accompanied by an immediate delivery followed by actual and continued change of possession. The evidence does not clearly show that plaintiff's assignor was a creditor at the time the transfer was made. This objection, whether it be of consequence or not, was not made at the trial. If it had been perhaps it could have been met by proof. At all events it cannot be taken advantage of for the first time on appeal. The judgment should be reversed and a new trial granted, with costs to appellant to abide the event. The findings that the sale was not fraudulently made and that said sale was within the provisions of the statute are hereby reversed. Clarke, P. J., Laughlin, Davis and Shearn, JJ., concurred. Judgment reversed, new trial ordered, costs to appellant to abide event.

---

SAMUEL JOSEPH, Respondent, *v.* HARRY JOSEPH and DAVID JOSEPH, Appellants.

Appeal from an order denying the defendants' motion for leave to amend answers.

PER CURIAM: The order appealed from is reversed, with ten dollars costs and disbursements, and the motion for leave to serve the proposed amended answers granted, upon payment of all costs of the action to the date of the motion, to be taxed, less the costs allowed appellants on the appeal, and upon the further condition that the cause shall retain its present date of issue and place on the calendar, provided plaintiff elects to reply to the counterclaim and proceed with the trial; but not if he shall demur thereto. Present — Clarke, P. J., Laughlin, Scott, Davis, and Shearn, JJ. Order reversed, with ten dollars costs and disbursements, and motion granted on the conditions stated in opinion. Order to be settled on notic .

---

* See Consol. Laws, chap. 41 (Laws of 1909, chap. 45), § 44, as amd. by Laws of 1914, chap. 507.— [REP.

† Repealed by Laws of 1911, chap. 571.— [REP.